# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Roddy Comer
PO Box 16775
Chicago, IL 60616
    Plaintiff,

v.

Valentine & Kebartas, Inc.
c/o Patrick B. Gough, Registered Agent
2701 Hastings Road
Chatham, IL 62629
    Defendant.

**07CV2638**
**JUDGE FILIP**
**MAG. JUDGE ASHMAN**

**COMPLAINT FOR DAMAGES UNDER THE FAIR DEBT COLLECTION PRACTICES ACT AND OTHER EQUITABLE RELIEF**

**JURY DEMAND ENDORSED HEREIN**

FILED
MAY 10 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## JURISDICTION AND VENUE

1. Jurisdiction is founded on 28 U.S.C. §1331 pursuant to the Fair Debt Collections Practices Act (FDCPA), 15 U.S.C. §1692. Venue is proper in this district because this is the judicial district where all of the events giving rise to the cause of action took place.

## FACTS COMMON TO ALL COUNTS

2. The Plaintiff is a person who incurred a consumer debt primarily for personal, family or household purposes.

3. Defendant is a corporation doing business primarily as a consumer debt collector.

4. Defendant is a debt collector as defined by the FDCPA, 15 U.S.C. §1692a(6).

5. The Plaintiff is a consumer as defined by 15 U.S.C. §1692a(3).

6. The debt in question qualifies as a debt as defined by 15 U.S.C. §1692a(5).

7. Defendant is either the holder of the debt or was retained by the current holder to collect the debt.

8. All of Defendant's actions occurred within one year of the date of this Complaint.

9. Plaintiff retained Legal Helpers, P.C. to file a bankruptcy.

10. Defendant contacted Plaintiff during the second week of February. Plaintiff informed Defendant that she was represented by an attorney, provided her attorney's information, website address, and phone number.

11. During this conversation, Defendant refused to take its attorney information, explaining that it did not need to talk to anyone else except the Plaintiff.

12. During this conversation, and after refusing to talk Plaintiff's attorney information, and demanded an immediate payment.

13. On two other occasions, Defendant contacted Plaintiff at home after this representation notice was given, namely on February 26, 2007.

14. Defendant Violated the FDCPA.

## COUNT ONE

### Violation of the Fair Debt Collections Practices Act

15. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

16. The Defendant violated 15 U.S.C. §1692c in that it continued, on multiple occasions, to contact Plaintiff notwithstanding the fact that the defendant was told by the Plaintiff they were represented by an attorney.

## COUNT TWO

### Violation of the Fair Debt Collections Practices Act

17. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

18. The Defendant violated 15 U.S.C. §1692e in that their actions were unfair and/or unconscionable means to collect a debt.

## JURY DEMAND

19. Plaintiff demands a trial by jury.

## PRAYER FOR RELIEF

20. Plaintiff prays for the following relief:

   a. Judgment against defendant for statutory damages pursuant to 15 U.S.C. §1692k and costs, and reasonable attorney's fees pursuant to 15 U.S.C. §1692k.

   b. For such other legal and/or equitable relief as the Court deems appropriate.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By:_____
Jeffrey S. Hyslip
Attorney for Plaintiff
20 West Kinzie; Suite 1300
Chicago, IL 60610
Telephone: 1.866.339.1156
312-753-7536
jsh@legalhelpers.com